UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. TOLCHIN, ESQ., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-2201 (BAH) |
| ) | |
| DEPARTMENT OF THE TREASURY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' STATUS REPORT**

Pursuant to the Court's December 3, 2020 Minute Order, defendants the Department of Treasury (the "Department") and the Office of Foreign Assets Control ("OFAC") (collectively, "Defendants"), by and through their undersigned counsel, respectfully submit this status report.[1]

Plaintiff sued defendants under the Freedom of Information Act ("FOIA"), alleging that Defendants have failed to provide documents responsive to Plaintiff's FOIA request to the Department seeking "[a]ll documents concerning any funds, or proceeds from sale of property, forfeited or paid to the United States after December 18, 2015 as a criminal [or civil] penalty or fine arising from a violation of any license, order, regulation, or prohibition issued under the International Emergency Economic Powers Act (50 U.S.C. §1701 et seq.) or the Trading With the Enemy Act (50 U.S.C. App. 1 et seq.) or any related conspiracy, scheme, or other federal offense arising from the actions of, or doing business with or acting on behalf of a state sponsor of

---

[1] The Court ordered the parties to file a joint status report. Around 5:26 p.m. on January 4, 2021, undersigned counsel sent to Plaintiff Robert J. Tolchin, Esq. ("Plaintiff") a proposed joint status report. Undersigned counsel, however, did not receive a response to his transmittal or follow-up emails requesting that Plaintiff inform undersigned counsel whether he had any edits as of the time of this filing. Accordingly, Defendants submit this status report as a Defendants' Status Report and only report on the case status from Defendants' perspective.

terrorism." Compl. (ECF No. ¶ 7). Plaintiff alleges that his FOIA request also included, among other things, a request for "[a]ll documents concerning all funds transferred to the United States Victims of State Sponsored Terrorism Fund (34 USC 20144(e))." *Id*. Defendants answered Plaintiff's Complaint on September 17, 2020.

Defendants informed the Court in the parties' December 2, 2020 Joint Status Report (ECF No. 8) that on November 9, 2020, the Treasury Executive Office for Asset Forfeiture ("TEOAF") released to Plaintiff a seven-page accounting document referencing forfeiture payments received by the Department and transmitted to the United States Victims of State Sponsored Terrorism Fund. TEOAF indicated that although TEOAF might not have the additional records Plaintiff is searching for, it was open to discussing what documents TEOAF may have that would be responsive to the FOIA request and that Plaintiff actually wants to have.

Defendants further informed the Court that OFAC was continuing to review the documents located in its initial search for records responsive to Plaintiff's FOIA request, running certain additional searches for potentially responsive documents, waiting to hear back from the Department of Justice ("DOJ") regarding records sent for consultation, and was preparing approximately 35 submitter notices under 31 C.F.R. § 1.5, which OFAC intended to send during the week of November 30, 2020.

Since the December 2, 2020 Joint Status Report, TEOAF informed Plaintiff that it did not intend to process the documents relating to forfeiture payments reflected on the accounting document TEOAF produced because of Plaintiff's representation in the December 2, 2020 Joint Status Report that processing those documents would be a waste of time. TEOAF, however, informed Plaintiff that it remains open to a discussion with Plaintiff concerning his FOIA request.

- 3 -

OFAC determined that the universe of records responsive to Plaintiff's FOIA request is approximately 1,500 pages. OFAC has received responses from DOJ on OFAC's two requests for consultation sent to DOJ and is in the process of determining whether additional documents need to be sent to DOJ for consultation. OFAC is awaiting responses to the consultation packet it sent to the Federal Reserve Bank. OFAC has also determined that the submitter notice process relates to 12 financial institutions. It is awaiting responses from half of the 12 submitters to whom OFAC sent submitter notices. OFAC is also currently reviewing the submitter responses to OFAC's submitter notices in order to process determination notices to the submitters and working on converting documents from zip files and Outlook files to PDFs for processing and removing duplicates. OFAC anticipates that it can provide a first interim response around the second week of February 2021.

As noted previously, OFAC's work is ongoing despite the COVID-19 pandemic and the large number of other FOIA requests being handled by OFAC's FOIA analysts, which have impacted the overall speed of operations. As such, Defendants respectfully propose that the parties submit another joint status report by February 4, 2021. A proposed order is attached.

- 4 -

Dated: January 5, 2021
       Washington, DC

                Respectfully submitted,

                MICHAEL R. SHERWIN
                Acting United States Attorney

                BRIAN P. HUDAK
                Acting Chief, Civil Division

                By:      /s/ *Michael A. Tilghman II*
                MICHAEL A. TILGHMAN II
                D.C. Bar #988441
                Assistant United States Attorney
                555 Fourth Street, N.W.
                Washington, D.C. 20530
                (202) 252-7113
                Michael.Tilghman@usdoj.gov

                *Attorneys for the United States of America*